**Order entered December 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00552-CR

**ELIAS MUNOZ GUTIERREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1512656-L**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, this is the **ORDER** of the Court:

We **ORDER** the Dallas County District Clerk to provide appellate counsel Tara Cunningham with a paper copy of the clerk's record that is redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Victoria Franklin, official court reporter of the Criminal District Court No. 5, to provide Tara Cunningham with a paper copy of the reporter's record, redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** counsel Tara Cunningham to send appellant copies of the clerk's and reporter's records, as redacted in accordance with this order, and to provide this Court, within **FORTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **January 17, 2016**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; Victoria Franklin, Official Court Reporter, Criminal District Court No. 5; Felicia Pitre, Dallas County District Clerk; Tara Cunningham; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Elias Munoz Gutierrez.

/s/    ADA BROWN
       JUSTICE